1  LAW OFFICES OF BILL LATOUR
2  ALEX PANUTICH [CSBN: 241625]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile: (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
8                UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10
                                     )   No.  CV 20-08872 MAR
11 LATASHA PAYTON,                   )
                                     )   <u>ORDER AWARDING</u>
12     Plaintiff,                    )   <u>EAJA FEES</u>
13                                   )
14     v.                            )
                                     )
15 ANDREW SAUL, Commissioner of Social )
16 Security,                         )
                                     )
17     Defendant.                    )
18 _____

19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20     IT IS ORDERED that EAJA fees are awarded in the amount of ONE
21 THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($1,200.00) subject to the
22 terms of the stipulation.
23
24     DATE: April 12, 2021    _____
25
                               HON. MARGO A. ROCCONI,
26                             UNITED STATES MAGISTRATE JUDGE
27
28

-1-